DAVID A. ARIETTA, ESQ. (SBN 167865)
LAW OFFICES OF DAVID A. ARIETTA
700 Ygnacio Valley Road, Suite 150
Walnut Creek, CA 94596
Telephone: (925) 472-8000
Fax: (925) 472-5925
david@ariettalaw.com

Attorney for Debtors/Defendants
MARY McCARTHY O'LEE
HENRY JOSEPH O'LEE

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>MARY McCARTHY O'LEE<br>HENRY JOSEPH O'LEE,<br><br>    Debtors.<br><br>UNITED AMERICAN BANK,<br><br>    Plaintiff<br><br>v.<br><br>MARY McCARTHY O'LEE<br>HENRY JOSEPH O'LEE,<br><br>    Defendants. | Case No.: 12-49760 EDJ<br><br>Chapter 7<br><br>Adv. Case No. 13-04059<br><br><br><br>**ANSWER TO COMPLAINT FOR NONDISCHARGEABILITY** |

Defendants MARY McCARTHY O'LEE and HENRY JOSEPH O'LEE ("Debtors") as their defense to the allegations in the Complaint by UNITED AMERICAN BANK for NonDischargeability ("the Complaint") filed by Plaintiff UNITED AMERICAN BANK ("UNITED AMERICAN BANK") states as follows:

1.     With respect to the allegations set forth in Paragraphs 1 through 9 of the Complaint,

ANSWER TO COMPLAINT FOR NONDISCHARGEABILITY - 1

Debtors admit the allegations set forth therein.

2. With respect to the allegations set forth in Paragraphs 10 through 13 of the Complaint, Debtors deny the allegations set forth therein.

### FIRST COUNT

3. With respect to the allegations set forth in Paragraph 15 of the Complaint, Debtors deny the allegations set forth therein.

### SECOND COUNT

4. With respect to the allegations set forth in Paragraph 17 of the Complaint, Debtors deny the allegations set forth therein.

### AFFIRMATIVE DEFENSES

Debtor raises and alleges the following separate and distinct affirmative defenses to the Complaint and each cause of action therein.

### FIRST AFFIRMATIVE DEFENSE

1. AS FOR A FIRST, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO THE COMPLAINT, the Complaint fails to state a claim upon which relief can be granted against Debtors.

WHEREFORE, Debtors pray for relief as set forth below.

1. Plaintiff take nothing by its Complaint and that same be dismissed with prejudice;

2. That Defendants be entitled to reimbursement of costs of defense, including reasonable attorney's fees as provided by contract or statute; and

3. The Court grant such other further relief as the Court may deem just and proper.

Dated: April 25, 2013    LAW OFFICES OF DAVID A. ARIETTA

By: /s/ David A. Arietta
DAVID A. ARIETTA
Attorney for Debtors

ANSWER TO COMPLAINT FOR NONDISCHARGEABILITY - 2

Case: 13-04059   Doc# 9   Filed: 04/25/13   Entered: 04/25/13 14:06:28   Page 2 of 4

DAVID A. ARIETTA, ESQ. (SBN 167865)
LAW OFFICES OF DAVID A. ARIETTA
700 Ygnacio Valley Road, Suite 150
Walnut Creek, CA 94596
Telephone: (925) 472-8000
Fax: (925) 472-5925
david@ariettalaw.com

Attorney for Debtors/Defendants
MARY McCARTHY O'LEE
HENRY JOSEPH O'LEE

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>MARY McCARTHY O'LEE<br>HENRY JOSEPH O'LEE,<br><br>    Debtors.<br>_____<br>UNITED AMERICAN BANK,<br><br>    Plaintiff<br><br>v.<br><br>MARY McCARTHY O'LEE<br>HENRY JOSEPH O'LEE,<br><br>    Defendants. | Case No.: 12-49760 EDJ<br><br>Chapter 7<br><br>Adv. Case No. 13-04059<br><br><br><br>**CERTIFICATE OF SERVICE** |

    I declare that I am over the age of 18 and not a party to this action. I am a resident of or employed in the county where the mailing occurred. My business address is 700 Ygnacio Valley Road, Suite 150, Walnut Creek, CA 94596.

    On the date set forth below, I served the following documents:

1. **ANSWER TO COMPLAINT FOR NONDISCHARGEABILITY**

by placing a true and correct copy thereof enclosed in a sealed envelope addressed to the following parties:

CERTIFICATE OF SERVICE - 1

| | |
|---|---|
| 1 | Catherine Schlomann Robertson |
| 2 | Law Offices of Pahl and Gosselin |
| | 225 W Santa Clara St. #1500 |
| 3 | San Jose, CA 95113 |

    I caused the envelope to be deposited at Walnut Creek, California in accordance with the standard practice of our law office for collection and processing of correspondence for mailing. I am familiar with our office's practice for collection and processing of correspondence for mailing. Under that practice, mail is deposited, with postage thereon fully prepaid, with the United States Postal Service on the same day in the ordinary course of business.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 25, 2013, at Walnut Creek, California.

_Sylvia Medrano_
Sylvia Medrano

CERTIFICATE OF SERVICE - 2