| | |
|---|---|
| 1 | **PAHL & McCAY**<br>A Professional Law Corporation |
| 2 | **Stephen D. Pahl, Esq.** (State Bar No. 95900)<br>**Catherine Schlomann Robertson, Esq.** (State Bar No. 136213) |
| 3 | 225 West Santa Clara Street<br>Suite 1500 |
| 4 | San Jose, California 95113-1752<br>Telephone:   (408) 286-5100 |
| 5 | Facsimile:   (408) 286-5722<br>Email: spahl@pahl-mccay.com |
| 6 | crobertson@pahl-mccay.com |
| 7 | Attorneys for Plaintiff   UNITED AMERICAN BANK |

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED AMERICAN BANK, a California corporation | ) ) ) | Case No.  12-49760 EDJ |
| | ) | Chapter 7 |
| Plaintiff | ) | |
| v. | ) ) | Adv. Case No. 13-04059 |
| HENRY J. O'LEE and MARY McCARTHY O'LEE , AND DOES 1 through 30, inclusive, | ) ) ) ) | **JOINT STATUS CONFERENCE STATEMENT AND NOTICE OF SETTLEMENT** |
| Defendants | ) ) ) ) ) | Date: 2/04/2014<br>Time: 1:30 PM<br>Room 201<br>Honorable Roger Efremsky. |

The parties have entered into a Settlement Agreement and Stipulated Judgment in the above-referenced matter, which Settlement Agreement shall be consummated and the Stipulated Judgment shall be returned unfiled in the event of payment of the agreed sums on or before May 15, 2018.

DATED:   January 22, 2014        PAHL & McCAY
                                 A Professional Corporation


                                 By:   /s/ Catherine Schlomann Robertson
                                       Catherine Schlomann Robertson
                                       Attorneys for Plaintiff
                                       UNITED AMERICAN BANK

**Pahl & McCay**
A Professional Corp.
225 W. Santa Clara
Suite 1500
San Jose, CA 95113
(408) 286-5100

*3017/024 -
00334339.DOCX.
1

Approved & Agreed:

  /s/ David A. Arietta
**David A. Arietta**
Law Offices of David A. Arietta
700 Ygnacio Valley Rd. #150
Walnut Creek, CA 94596
(925)472-8000
david@ariettalaw.com

Attorney for Defendants,
Henry J. O'Lee and
Mary McCarthy O'Lee

**Pahl & McCay**
A Professional Corp.
225 W. Santa Clara
Suite 1500
San Jose, CA 95113
(408) 286-5100

*3017/024 -
00334339.DOCX.
1

## COURT SERVICE LIST

**Henry Joseph O'Lee**
2419 Gill Port Lane
Walnut Creek, CA 94598

**Mary McCarthy O'Lee**
2419 Gill Port Lane
Walnut Creek, CA 94598

**Pahl & McCay**
A Professional Corp.
225 W. Santa Clara
Suite 1500
San Jose, CA 95113
(408) 286-5100

*3017/024 -
00334339.DOCX.
1