

The following constitutes
the order of the court. Signed February 6, 2014

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 12-49760 RLE |
| MARY MCCARTHY O'LEE and HENRY JOSEPH O'LEE, | Chapter 7 |
| Debtors. / | |
| UNITED AMERICAN BANK, | Adversary No. 13-4059 |
| Plaintiff, | |
| vs. | |
| MARY MCCARTHY O'LEE and HENRY JOSEPH O'LEE, | |
| Defendants. / | |

## ORDER CLOSING ADVERSARY PROCEEDING

On February 4, 2014, the above-entitled Adversary Proceeding came on for a Status Conference. There were no appearances. On January 24, 2014, however, the parties filed a joint Status Conference Statement indicating that they had entered into a Settlement Agreement and Stipulated Judgment. See Docket #21.

/ / / /

/ / / /

ORDER CLOSING AP

Good cause appearing, and for the reasons stated on the record:

IT IS HEREBY ORDERED that the adversary proceeding be, and hereby is, CLOSED.

IT IS FURTHER ORDERED that the Court retains jurisdiction to enter judgment, if necessary.

\* \* \* **END OF ORDER** \* \* \*

**Court Service List**

Catherine Schlomann Robertson
Law Offices of Pahl and Gosselin
225 W Santa Clara St. #1500
San Jose, CA 95113

David A. Arietta
Law Offices of David A. Arietta
700 Ygnacio Valley Rd. #150
Walnut Creek, CA 94596

Mary McCarthy O'Lee
2419 Gill Port Lane
Walnut Creek, CA 94598

Henry Joseph O'Lee
2419 Gill Port Lane
Walnut Creek, CA 94598